IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Varadi, Tamara L

Printed: 9/3/08

Case Number: 04 B 42304
Judge: Goldgar, A. Benjamin
Filed: 11/15/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 3, 2008
Confirmed: February 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,480.00 |  |
| Secured: |  | 6,844.95 |
| Unsecured: |  | 2,682.12 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,100.00 |
| Trustee Fee: |  | 588.29 |
| Other Funds: |  | 264.64 |
| Totals: | 11,480.00 | 11,480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,100.00 | 1,100.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 8,059.99 | 5,321.95 |
| 5. | Wells Fargo Fin Acceptance | Secured | 1,523.00 | 1,523.00 |
| 6. | Country Door | Unsecured | 176.73 | 706.92 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 493.80 | 1,975.20 |
| 8. | Palos Community Hospital | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Fashion Bug | Unsecured |  | No Claim Filed |
| 11. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 12. | Suburban Emergency Physician | Unsecured |  | No Claim Filed |
| 13. | South Suburban Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,353.52 | $ 10,627.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 54.60 |
| 4% | 33.60 |
| 3% | 25.20 |
| 5.5% | 123.20 |
| 5% | 41.99 |
| 4.8% | 80.65 |
| 5.4% | 229.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Varadi, Tamara L

Printed: 9/3/08

Case Number: 04 B 42304
Judge: Goldgar, A. Benjamin
Filed: 11/15/04

_____
$ 588.29

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

